UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICOLAS ALFONSO PADRON (BOP Register No. 44575-177), | § § § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:18-cv-1151-B |
| J. MICHAEL STAPLETON, | § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: OCTOBER 24, 2018.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE